# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ERIC VALTEZE BROOKS**                                                     **PLAINTIFF**

v.                      Case No. 4:18-cv-00192-KGB-JJV

**STEVE LOPEZ**, Jail Administrator
**Lonoke County Sheriff's Office;** *et al.*                          **DEFENDANTS**

## ORDER

Before the Court are the Proposed Findings and Recommendations filed by United States Magistrate Judge Joe J. Volpe (Dkt. No. 5). No objections to the Proposed Findings and Recommendations have been filed, and the time for objections has passed. Accordingly, this Court adopts the Proposed Findings and Recommendations in all respects (Dkt. No. 5). Plaintiff Eric Valteze Brooks' complaint is hereby dismissed without prejudice (Dkt. No. 1). The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order would not be taken in good faith.

So ordered this 5th day of July, 2018.

                                                             Kristine G. Baker
                                                             United States District Judge